IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFRIKA BAMBAATAA

AND

THE UNIVERSAL ZULU NATION

Case: 1:17-mc-02178
Assigned To : Unassigned
Assign. Date : 9/5/2017
Description: Misc.

### NOTICE OF CEASE AND DESIST

    This Notice of Cease and Desist is in matter of all defamation of character of <u>Africa Bambaataa and The Universal Zulu Nation's</u> character and reputation. False and defamatory by slander and libel social media and all cyber communication and news publications and all Copyright Logos and Intellectual Property without consent and assent authorized by <u>Africa Bambaataa and The Universal Zulu Nation.</u>

    This Notice will serve as a commencement of action to all adverse parties upon federal violation and treaty violations due to criminal and civil actions and will be executed by the aforesaid court and or Federal District Courts in each several states of the United States served by The United States Marshall.

    WHEREFORE, this notice is duly recorded in United States District Court For The District of Columbia Washington DC. The U.S. Federal District Court for the District of Columbia 333 Constitution Avenue N.W. Washington D.C. 20001.

<u>NOTARIAL CERTIFICATE</u>

**JURAT**

Subscribed and sworn to by _____ before me on the _____ day of _____ , _____ .

Signature_____

Printed name_____

Notary public, Signature  The District of Colombia Washington D.C._____

My commission expires_____

My Commission Registration Number:_____



RECEIVED
SEP 05 2017
Clerk, U.S. District and
Bankruptcy Courts

I certify that these documents ARE ORIGINAL Documents

*[signature]*
9/5/17

District of Columbia: SS

Subscribed and Sworn to before me this 5 day of Sept 2017

*[signature]*
Notary Public, D.C.
My commission expires 08/31/2019

BRIAN K. PRICE
Notary Public, District of Columbia
My Commission Expires Aug. 31, 2019

COPY

RECEIVED
SEP 0 5 2017
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AFRIKA BAMBAATAA

AND

THE UNIVERSAL ZULU NATION

Case: 1:17-mc-02178
Assigned To : Unassigned
Assign. Date : 9/5/2017
Description: Misc.

## NOTICE OF CEASE AND DESIST

    This Notice of Cease and Desist is in matter of all defamation of character of Africa Bambaataa and The Universal Zulu Nation's character and reputation. False and defamatory by slander and libel social media and all cyber communication and news publications and all Copyright Logos and Intellectual Property without consent and assent authorized by Africa Bambaataa and The Universal Zulu Nation.

    This Notice will serve as a commencement of action to all adverse parties upon federal violation and treaty violations due to criminal and civil actions and will be executed by the aforesaid court and or Federal District Courts in each several states of the United States served by The United States Marshall.

    WHEREFORE, this notice is duly recorded in United States District Court For The District of Columbia Washington DC. The U.S. Federal District Court for the District of Columbia 333 Constitution Avenue N.W. Washington D.C. 20001.

NOTARIAL CERTIFICATE

**JURAT**

Subscribed and sworn to by _____ before me on the _____ day of _____ , _____ .

Signature _____

Printed name _____

Notary public, Signature  The District of Colombia Washington D.C. _____

My commission expires _____

My Commission Registration Number: _____

I certify that these documents are original documents

*Michael Willer*
9/5/17

District of Columbia: SS
Subscribed and Sworn to before me
this 5 day of Sept, 2017

*Brian K. Price*
Notary Public, D.C.
My commission expires 08/31/2019

BRIAN K. PRICE
Notary Public, District of Columbia
My Commission Expires Aug. 31, 2019